1  JAMES HUNT MILLER (CA BAR # 135160)
   P.O. Box 10891
2  OAKLAND CA 94610

3       P:(510) 451-2132
        F:(510) 451-0824
4       e:jim_miller0@yahoo.com

5  Attorney for Plaintiff

6  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
7  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
8  Social Security Administration
   JACQUELINE FORSLUND, SBN CA 154575
9  Special Assistant United States Attorney
   333 Market Street, Suite 1500
10 San Francisco, California 94105

11      Telephone: (415) 977-8935
        Facsimile: (415) 744-0134
12      E-Mail: jacqueline.a.forslund@ssa.gov

13 Attorneys for Defendant

14              IN THE UNITED STATES DISTRICT COURT FOR
                  THE NORTHERN DISTRICT OF CALIFORNIA
15

16 Patricia Ann Carpenter,          )
                                    )
17        Plaintiff,                )    Civil No. 09-1409-JSW
                                    )
18    vs.                           )
                                    )    STIPULATION AND ~~PROPOSED~~
19 Michael J. Astrue,               )    ORDER FOR EXTENSION OF
   COMMISSIONER OF the SOCIAL       )    TIME TO FILE PLAINTIFF'S
20 SECURITY ADMINISTRATION,         )    MOTION FOR SUMMARY
                                    )    JUDGMENT AND/OR REMAND
21        Defendant.                )
   _____  )
22

23 Stipulation.

24      IT IS HEREBY STIPULATED by and between the parties (at Plaintiff's

25 request), through their undersigned attorneys, pursuant to L.R. 6-2(a), and subject to

26 approval of the Court, that Plaintiff may have an extension of 30 days, or from

27 August 12, 2009 to September 11, 2009, in which to file her Motion for Summary

28 Judgment and/or Remand. Plaintiff's undersigned attorney here declares that: This

is Plaintiff's first request for an extension for this or any filing; and There would be no effect on other already-set deadlines, but the schedule potentially would be pushed back 30 days, and Defendant's Cross–Motion would be due 30 days after service of Plaintiff's Motion, as in the Procedural Order for Social Security Review Actions.

DATE: August 12, 2009  /s/
                                      James Hunt Miller
                                      Attorney for Plaintiff

DATE: August 12, 2009  Joseph P. Russoniello
                                      United States Attorney

                                        By:/s/ [1]
                                        Jacqueline A. Forslund
                                        Special Assistant U.S. Attorney

<u>Proposed Order</u>.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: __August 3, 2009__  _____
                                        United States District Judge

---

[1] This signature of Defendant's counsel was authorized on the date shown, as communicated by e-mail to the filer.