JAMES HUNT MILLER (StBarCal # 135160)
P.O. Box 10891
OAKLAND CA 94610

    P:(510) 451-2132
    F:(510) 451-0824
    e:jim_miller0@yahoo.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patricia Ann Carpenter,<br>    Plaintiff,<br>vs.<br>Michael J. Astrue,<br>COMMISSIONER OF the SOCIAL SECURITY ADMINISTRATION,<br>    Defendant. | Civil No. 09-1409-JSW<br><br>PLAINTIFF'S UNOPPOSED MOTION AND ~~PROPOSED~~ ORDER FOR EXTENSION IN WHICH TO FILE PLAINTIFF'S REPLY |

    Plaintiff requests an extension of 14 days (beyond the fourteen days allowed by the procedural order), or from October 30, 2009 to November 13, 2009, in which to file her Reply. Plaintiff's undersigned attorney here declares that: Defendant's counsel has indicated to Plaintiff by e-mail that Defendant would not oppose such an extension; This is Plaintiff's first request for an extension on this filing; and There would be no effect on other already-set deadlines, as the matter would be submitted after filing of the reply.

DATE: November 3, 2009                                /s/
                                                                                 James Hunt Miller
                                                                                         Attorney for Plaintiff

Proposed Order.

    PURSUANT TO PLAINTIFF'S UNOPPOSED MOTION, IT IS ORDERED

that Plaintiff shall be allowed an extra fourteen days to file her reply.

DATE: November 4, 2009

_____
United States District Judge